# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Richard Leroy Julius | ) |
| *Plaintiff* | ) |
| v. | ) |
| Officer Dickers and Alvin S. Glenn Detention Center | ) |
| *Defendant* | ) |

Civil Action No.    4:18-cv-105-HMH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United State Magistrate Judg.e


Date:   March 29, 2018                         *CLERK OF COURT*

                                       s/Debbie Stokes
                                       _____
                                       *Signature of Clerk or Deputy Clerk*